Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CRUZ FALCON DE LA CRUZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ FALCON DE LA CRUZ | ) Case No.: 1:17-cv-00820-GSA |
| Plaintiff, | ) |
| | ) STIPULATION AND TO EXTEND |
| v. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

     Plaintiff Cruz Falcon De La Cruz and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 6 days from February 20, 2018 to February 26, 2018 for Plaintiff to file its opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at

the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 20, 2018                    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Cruz Falcon De La Cruz

DATE:  February 20, 2018


MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *Marcelo N. Illarmo*

BY: _____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///
///
///
///
///
///
///
///

**ORDER**

Plaintiff shall file his Opening Brief no later than **February 26, 2018**. All other dates in this Court's scheduling order issued on June 30, 2017 (Doc. 6) are modified accordingly.

IT IS SO ORDERED.

Dated: __**February 22, 2018**__        _____**/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE